IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUSSELL ROSE, : | |
|    Petitioner : | |
| : | No. 1:22-cv-01373 |
|    v. : | |
| : | (Judge Rambo) |
| WARDEN A. BONCHER, et al., : | |
|    Respondents : | |

## ORDER

**AND NOW**, on this 30th day of November 2023, upon consideration of pro se Petitioner Russell Rose ("Petitioner")'s petition for a writ of habeas corpus filed pursuant to the provisions of 28 U.S.C. § 2241, and for the reasons set forth in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The petition (Doc. No. 1) is **DENIED**; and

2. The Clerk of Court is directed to **CLOSE** this case.

                                              s/ Sylvia H. Rambo
                                              SYLVIA H. RAMBO
                                              United States District Judge